# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

VICKY HENDERSON,

                Plaintiff,

                                      Case No. 2:14-cv-2576

v.

AFNI, INC.,

                Defendant.

_____/

## NOTICE OF PENDING SETTLEMENT

Defendant, Afni, Inc., by and through its undersigned counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a verbal settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

                                    Respectfully submitted,

                                    /s/ Paul Croker_____

                                    Paul M. Croker, Esq.   KS #21627

                                    WALLACE SAUNDERS

                                    10111 W. 87th St.

                                    Overland Park, KS  66212

                                    Telephone: (913) 888-1000

                                    Facsimile: (913) 888-1065

                                    pcroker@wallacesaunders.com

                                    Attorneys for Defendant,

                                    Afni, Inc.

101372988 v.1

**CERTIFICATE OF SERVICE**

I certify that on this 30th day of December 2014, a copy of the foregoing was filed

electronically in the ECF system.  Notice of this filing will be sent to the parties of record

by operation of the Court's electronic filing system, including Plaintiff's counsel as

described below.  Parties may access this filing through the Court's system.

J. Mark Meinhardt, Esq.
1 E Washington Street, Suite 500
Phoenix, AZ  85004


/s/ Paul Croker
Attorney

101372988 v.1